IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          **INDICTMENT**

MICHAEL D. WHITACRE, JR.      3:25cr88-mcr
_____/

**THE GRAND JURY CHARGES:**

COUNT ONE

A.  INTRODUCTION

At all times material to this Indictment:

1. The "Internet" is a worldwide, publicly accessible series of interconnected computer networks that transmit data for the purpose of sharing information across state and international borders.

2. An "Internet service provider" (ISP) is a commercial or business service that provides Internet access to its subscribers.

3. An "Internet protocol address" (IP address) is a unique numeric address used by computers and mobile devices on the Internet. Every computer and mobile device attached to the Internet is assigned an IP address so that Internet traffic sent from and directed to that computer or mobile device may be directed

FILED USDC FLND PN
MAY 20 '25 PM2:39

Returned in open court pursuant to Rule 6(f)
5/20/2025
Date
United States Magistrate Judge

properly from its source to its destination. It acts much like a home or business street address, and the assignment of such is controlled by the ISP.

4. "Session" is a private messaging application offering anonymity with end to end encryption that enables users to transmit text messages, images, and videos.

5. A "posting" is a message published in an online forum or chat group. It may be comprised of text messages, images, and videos.

### B.   THE CHARGE

Between on or about January 12, 2025, and on or about February 13, 2025, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL D. WHITACRE, JR.,**

did knowingly and willfully engage in a child exploitation enterprise, that is, the advertisement, distribution, receipt, and possession of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of a computer and mobile device, as a series of three or more separate incidents, and involving more than one victim, in concert with three or more other persons.

All in violation of Title 18, United States Code, Section 2252A(g).

## COUNT TWO

### A. THE CHARGE

Between on or about January 12, 2025, and on or about February 13, 2025, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL D. WHITACRE, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with others to commit the following offenses against the United States:

1. To knowingly make, print, and publish, and cause to be made, printed, and published, a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute, and reproduce, a visual depiction, and the production of such visual depiction involved a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, and defendant knew and had reason to know that such notice and advertisement would be transported using a means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(d)(1)(A);

2. To knowingly distribute, and attempt to distribute, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate

and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2);

3. To knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2); and

4. To knowingly possess, and attempt to possess, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### B. MANNER AND MEANS OF CONSPIRACY

It was part of the conspiracy that:

1. From on or about January 12, 2025, and on or about February 13, 2025, **MICHAEL D. WHITACRE, JR.,** along with other unindicted conspirators, was a participant in a Session group that advertised, distributed, received, possessed, and discussed child pornography images and videos.

4

2. The participants operated anonymously within a Session group in order to avoid detection.

3. The participants posted child pornography images and videos within a Session group for the benefit of other like-minded participants.

All in violation of Title 18, United States Code, Sections 2251(e), 2252A(b)(1), and 2252A(b)(2).

## COUNT THREE

Between on or about September 1, 2023, and on or about February 13, 2025, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL D. WHITACRE, JR.,**

did knowingly distribute, and attempt to distribute, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

Between on or about September 1, 2023, and on or about February 13, 2025, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL D. WHITACRE, JR.,**

did knowingly receive, and attempt to receive, material containing child

5

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE

On or about February 13, 2025, in the Northern District of Florida and elsewhere, the defendant,

**MICHAEL D. WHITACRE, JR.,**

did knowingly possess and access with intent to view, and attempt to possess and access with intent to view, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts One through Five of this Indictment, the defendant,

**MICHAEL D. WHITACRE, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

    A.    Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

    B.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Five of this Indictment; and

    C.    Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Five of this Indictment.

    D.    The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk

drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

The property subject to forfeiture includes, but is not limited to:

    i.    A maroon Motorola One 5G Ace cellular telephone, IMEI # 355574111459553 seized from the residence of **MICHAEL D. WHITACRE, JR.**, on or about February 13, 2025.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b),

and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

███████████████████

FOREPERSON

5/20/25

DATE

MICHELLE SPAVEN
Acting United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

JENNIFER H. CALLAHAN
Assistant United States Attorney

9