## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:25-cr-00088-MCR

MICHAEL D WHITACRE, JR

### WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **MICHAEL D WHITACRE, JR**
_____
Name

and bring him forthwith to the nearest magistrate to answer a
**Indictment**

charging him or her with:
Count 1: CHILD EXPLOITATION ENTERPRISE
Count 2: CONSPIRACY TO ADVERTISE/DISTRIBUTE/RECEIVE/POSSESS CHILD PORNOGRAPHY
Count 3: DISTRIBUTION OF CHILD PORNOGRAPHY
Count 4: RECEIPT OF CHILD PORNOGRAPHY
Count 5: POSSESSION OF CHILD PORNOGRAPHY

in violation of Title 18 United States Code, Section 2252A(g), and Title 18 United States Code, Sections 2251(e), 2252A(b)(1), and 2252A(b)(2), and Title 18 United States Code, Sections 2252A(a)(2) and 2252A(b)(1), and Title 18 United States Code, Sections 2252A(a)(2) and 2252A(b)(1), and Title 18 United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2)

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Barbara Rogers* | May 21, 2025      PENSACOLA |
| Deputy Clerk: Barbara Rogers | Date                Location |

Bail fixed at      $ Bail Reform Act
And/or in accordance with Comprehensive        by   Zachary C. Bolitho
Crime Control Act of 1984                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED   05/21/25<br>05/28/2025<br>DATE OF ARREST<br>1845 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Christopher A. Myers / FBI SA | SIGNATURE OF ARRESTING OFFICER |


FILED USDC FLND PN
MAY 29 '25 PM1:07